IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-31-D

CARLOS A. ALFORD, )
)
            Plaintiff, )
)
v. ) **ORDER**
)
EASTER SEALS UCP NORTH )
CAROLINA AND VIRGINIA, INC., )
)
            Defendant. )

For the reasons stated in defendant's memorandum of law in support of its motion to dismiss amended complaint and in its reply brief, and for good cause shown, the court GRANTS defendant's motion to dismiss [D.E. 33] and DISMISSES plaintiff's amended complaint with prejudice. The court DENIES as moot defendant's motion to stay discovery [D.E. 28] and DENIES as meritless plaintiff's motions [D.E. 38, 41].

SO ORDERED. This 17 day of March 2021.

                                                      JAMES C. DEVER III
                                                      United States District Judge