UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 7:20-CV-31-D** |
| ZAKARIA MCGREGOR and EASTER SEALS ) | |
| UCP, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that, on October 19, 2020, the court DISMISSED plaintiff's claims against McGregor with prejudice.

IT IS FURTHER ORDERED, AND DECREED that for the reasons stated in defendant's memorandum of law in support of its motion to dismiss amended complaint and in its reply brief, and for good cause shown, the court GRANTS defendant's motion to dismiss [D.E. 33] and DISMISSES plaintiff's amended complaint with prejudice. The court DENIES as moot defendant's motion to stay discovery [D.E. 28] and DENIES as meritless plaintiff's motions [D.E. 38, 41].

**This Judgment Filed and Entered on March 18, 2021, and Copies To:**

| | |
|---|---|
| Carlos A. Alford | (Sent to 126 Trombay Drive Wilmington, NC 28412 via US Mail) |
| Allison J. Becker | (via CM/ECF electronic notification) |
| Joshua Wallace Dixon | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| March 18, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |